GLENCORD BUILDING CORP. et al., Respondents, v ELENA STRU-JAN, Appellant, et al., Defendant.

Submitted April 25, 2011; decided June 7, 2011

Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602). Motion for poor person relief dismissed as academic.

ROBERT SNYDER, Appellant, et al., Plaintiff, v ALLSTATE INSUR-ANCE COMPANY, Respondent.

Submitted April 18, 2011; decided June 7, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the Supreme Court order dismissing the complaint, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the Appellate Division order sought to be appealed from do not finally determine the action within the meaning of the Constitution.